THE STATE OF OHIO, APPELLEE, *v.* TRIPLETT, APPELLANT.

[Cite as *State v. Triplett,* 130 Ohio St.3d 272, 2011-Ohio-5717.]

*Motion for reconsideration granted, discretionary appeal granted, and court of appeals' judgment affirmed on the authority of* State v. Lester.

(No. 2011-0851—Submitted November 2, 2011—Decided November 9, 2011.)

APPEAL from the Court of Appeals for Lucas County, No. L-10-1158,

2011-Ohio-1713.

ON MOTION FOR RECONSIDERATION

_____

{¶ 1} Appellant has filed a motion for reconsideration of the court's denial of the discretionary appeal in this matter, reported at 129 Ohio St.3d 1453, 2011-Ohio-4217, 951 N.E.2d 1048.

{¶ 2} The motion for reconsideration is granted. The discretionary appeal is accepted. The judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

_____

Julia R. Bates, Lucas County Prosecuting Attorney, and David F. Cooper, Assistant Prosecuting Attorney, for appellee.

Jeffrey M. Gamso and Jeffrey J. Helmick, for appellant.

_____